# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mitchell, Suzanne | United States District Court, Western District of Oklahoma | 08/18/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

200 NW 4th Street
Oklahoma City, OK 73102

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 08/18/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Truist Bank | Mortgage - part Personal Property, part Rental Property #2 (Part VII Line 2) | N |
| 2. Central Loan Administration & Reporting | Mortgage - Rental Property #3 (Part VII, Line 3) | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.    RENTAL PROPERTIES (H) | | | | | | | | | |
| 2.    Rental Property #1 - Oklahoma County, Oklahoma City, OK | D | Rent | L | W | | | | | |
| 3.    Rental Property #2 - Oklahoma County, Oklahoma City, OK | D | Rent | M | W | | | | | |
| 4. | | | | | | | | | |
| 5.    CASH AND BONDS (H) | | | | | | | | | |
| 6.    UMB Accounts | A | Interest | J | T | | | | | |
| 7.    Chase Accounts | A | Interest | J | T | | | | | |
| 8. | | | | | | | | | |
| 9.    RAYMOND JAMES ACCOUNT (H) | | | | | | | | | |
| 10.    Mutual Funds (H) | | | | | | | | | |
| 11.    Invesco Mid Cap Growth Fund Class Y | A | Dividend | | | Merged (with line 13) | 04/21/20 | J | | |
| 12.    Invesco Comstock Fund Class Y M/F | A | Dividend | J | T | | | | | |
| 13.    Invesco Oppenheimer Discovery Mid Cap Growth FD CL Y N/L | A | Dividend | J | T | Open | 04/21/20 | J | | |
| 14.    Capital Income Builder Fund Class F2 American Funds M/F | A | Dividend | K | T | | | | | |
| 15.    Capital World Growth & Income Fund Class F2 American FD M/F | A | Dividend | K | T | | | | | |
| 16.    Investment Company of America Class F2 American Funds M/F | B | Dividend | L | T | | | | | |
| 17.    Washington Mutual Investores Class F2 American Funds M/F | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Cash and Cash Alternatives (H) | | | | | | | | | |
| 20. Bank Deposit Program - Sweep | A | Int./Div. | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. Equities (H) | | | | | | | | | |
| 23. Adobe Incorporated | A | Dividend | J | T | Sold (part) | 06/04/20 | J | | |
| 24. | | | | | Sold (part) | 08/12/20 | J | | |
| 25. | | | | | Sold (part) | 09/10/20 | J | | |
| 26. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 27. Air Products and Chemicals Incorporated | A | Dividend | J | T | Buy (add'l) | 03/04/20 | J | | |
| 28. | | | | | Buy (add'l) | 07/10/20 | J | | |
| 29. Alphabet Incorporated Cap Stk Class A | A | Dividend | J | T | | | | | |
| 30. Amazon Com Incorporated | A | Dividend | J | T | | | | | |
| 31. American Well Corporation Class A | A | Dividend | | | Buy | 10/14/20 | J | | |
| 32. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 33. | | | | | Sold | 10/30/20 | J | | |
| 34. Apple Incorporated | A | Dividend | J | T | Sold (part) | 08/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | Sold<br>(part) | 09/10/20 | J | | |
| 36. | Autodesk Incorporated | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 37. | | | | | | Buy<br>(add'l) | 04/21/20 | J | | |
| 38. | | | | | | Sold<br>(part) | 06/04/20 | J | | |
| 39. | | | | | | Sold<br>(part) | 08/12/20 | J | | |
| 40. | | | | | | Sold | 09/10/20 | J | | |
| 41. | | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 42. | | | | | | Buy | 10/30/20 | J | | |
| 43. | Bank Amer Corporation | A | Dividend | | | Sold<br>(part) | 02/07/20 | J | | |
| 44. | | | | | | Sold<br>(part) | 02/28/20 | J | | |
| 45. | | | | | | Sold<br>(part) | 03/02/20 | J | | |
| 46. | | | | | | Sold | 03/04/20 | J | | |
| 47. | Becton Dickinson & company | A | Dividend | | | Sold | 02/11/20 | J | | |
| 48. | Boeing Company | A | Dividend | J | T | Buy | 11/12/20 | J | | |
| 49. | Citigroup Incorporated | A | Dividend | J | T | Buy | 11/20/20 | J | | |
| 50. | | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 51. | CME Group Incorporated | A | Dividend | | | Sold | 03/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Construction Partners Incorporated Com Class A | A | Dividend | | | Buy | 10/23/20 | J | | |
| 53. | | | | | | Sold | 11/06/20 | J | | |
| 54. | Costco Wholesale Corporation NEW | A | Dividend | J | T | Buy (add'l) | 07/13/20 | J | | |
| 55. | | | | | | Sold (part) | 08/13/20 | J | | |
| 56. | Diamondback Energy Incorporated | A | Dividend | J | T | Buy | 11/27/20 | J | | |
| 57. | Dollar General Corporation NEW | A | Dividend | J | T | Sold (part) | 05/20/20 | J | | |
| 58. | Ecolab Incorporated | A | Dividend | | | Buy | 06/04/20 | J | | |
| 59. | | | | | | Sold | 07/10/20 | J | | |
| 60. | Home Depot Incorporated | A | Dividend | J | T | Buy (add'l) | 04/21/20 | J | | |
| 61. | Honeywell International Incorporated | A | Dividend | J | T | Buy (add'l) | 05/20/20 | J | | |
| 62. | | | | | | Buy (add'l) | 05/28/20 | J | | |
| 63. | | | | | | Sold (part) | 11/02/20 | J | | |
| 64. | JP Morgan Chase | A | Dividend | | | Sold (part) | 02/07/20 | J | | |
| 65. | | | | | | Sold (part) | 03/04/20 | J | | |
| 66. | | | | | | Buy (add'l) | 05/20/20 | J | | |
| 67. | | | | | | Buy (add'l) | 05/28/20 | J | | |
| 68. | | | | | | Sold | 08/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 70. | | | | | Sold (part) | 08/28/20 | J | | |
| 71. | | | | | Sold | 10/01/20 | J | | |
| 72. Lauder Estee Companies | A | Dividend | J | T | Buy (add'l) | 05/28/20 | J | | |
| 73. | | | | | Sold (part) | 08/13/20 | J | | |
| 74. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 75. Lockheed Martin Corporation | A | Dividend | | | Buy | 08/12/20 | J | | |
| 76. | | | | | Sold | 10/05/20 | J | | |
| 77. Microsoft Corporation | A | Dividend | J | T | Sold (part) | 04/14/20 | J | | |
| 78. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 79. | | | | | Sold (part) | 05/28/20 | J | | |
| 80. | | | | | Sold (part) | 06/04/20 | J | | |
| 81. | | | | | Sold (part) | 09/10/20 | J | | |
| 82. Motorola Solutions | A | Dividend | | | Buy (add'l) | 02/11/20 | J | | |
| 83. | | | | | Sold | 07/10/20 | J | | |
| 84. MSCI Incorporated | A | Dividend | | | Buy | 07/10/20 | J | | |
| 85. | | | | | Buy (add'l) | 07/13/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 08/13/20 | J | | |
| 87. Nextera Energy Incorporated | A | Dividend | | | Buy | 09/10/20 | J | | |
| 88. | | | | | Sold | 11/20/20 | J | | |
| 89. Nike Incorporated Class B | A | Dividend | J | T | | | | | |
| 90. Oneok Incorporated New | A | Dividend | | | Buy | 04/14/20 | J | | |
| 91. | | | | | Sold | 04/21/20 | J | | |
| 92. OKTA Incorported Class A | A | Dividend | | | Buy | 08/28/20 | J | | |
| 93. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 94. | | | | | Sold | 11/12/20 | J | | |
| 95. O'Reilly Automotive Incorporated New (ORLY) | A | Dividend | | | Sold | 04/02/20 | J | | |
| 96. Parker-Hannifin Corporation | A | Dividend | J | T | Buy | 11/13/20 | J | | |
| 97. | | | | | Buy (add'l) | 11/18/20 | J | | |
| 98. Paypal Hldgs Incorporated | A | Dividend | | | Buy | 11/06/20 | J | | |
| 99. | | | | | Buy | 11/09/20 | J | | |
| 100. | | | | | Sold | 11/13/20 | J | | |
| 101. Pepsico Incorporated | A | Dividend | | | Sold (part) | 04/24/20 | J | | |
| 102. | | | | | Sold | 08/12/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ringcentral Incorporated | A | Dividend | J | T | Sold (part) | 05/20/20 | J | | |
| 104. | | | | | Sold (part) | 06/04/20 | J | | |
| 105. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 106. | | | | | Sold (part) | 08/12/20 | J | | |
| 107. | | | | | Sold (part) | 09/10/20 | J | | |
| 108. | | | | | Buy (add'l) | 10/22/20 | J | | |
| 109. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 110. | | | | | Sold (part) | 11/27/20 | J | | |
| 111. Ross Stores Incorporated | A | Dividend | | | Buy | 02/07/20 | J | | |
| 112. | | | | | Buy (add'l) | 02/11/20 | J | | |
| 113. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 114. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 115. | | | | | Sold | 06/17/20 | J | | |
| 116. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 117. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 118. | | | | | Sold (part) | 10/21/20 | J | | |
| 119. | | | | | Sold | 10/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Salesforce Com Incorporated | A | Dividend | J | T | Sold (part) | 06/04/20 | J | | |
| 121. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 122. | | | | | Sold (part) | 08/12/20 | J | | |
| 123. | | | | | Sold (part) | 09/10/20 | J | | |
| 124.  Schlumberger Limited | A | Dividend | J | T | Buy | 11/20/20 | J | | |
| 125.  Servicenow Incorporated | A | Dividend | J | T | Buy (add'l) | 02/28/20 | J | | |
| 126. | | | | | Buy | 04/24/20 | J | | |
| 127. | | | | | Sold (part) | 05/29/20 | J | | |
| 128. | | | | | Sold (part) | 06/04/20 | J | | |
| 129. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 130. | | | | | Sold (part) | 08/12/20 | J | | |
| 131. | | | | | Sold | 09/10/20 | J | | |
| 132. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 133. | | | | | Sold (part) | 11/27/20 | J | | |
| 134.  Solaredge Technologies Incorporated | A | Dividend | | | Buy | 10/01/20 | J | | |
| 135. | | | | | Sold | 10/23/20 | J | | |
| 136. | | | | | Sold | 11/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Starbucks Corporation | A | Dividend | | | Buy | 03/02/20 | J | | |
| 138. | | | | | Buy<br>(add'l) | 03/04/20 | J | | |
| 139. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 140. | | | | | Sold | 07/13/20 | J | | |
| 141. TJX Companies Incorporated | A | Dividend | | | Buy | 09/03/20 | J | | |
| 142. | | | | | Sold | 10/14/20 | J | | |
| 143. Union Pac Corporation | A | Dividend | J | T | Buy<br>(add'l) | 05/20/20 | J | | |
| 144. | | | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 145. | | | | | Sold<br>(part) | 11/02/20 | J | | |
| 146. | | | | | Sold<br>(part) | 12/14/20 | J | | |
| 147. United Healthgroup Incorporated | A | Dividend | J | T | | | | | |
| 148. Veeva Systems Incorporated Class A Com | A | Dividend | J | T | Buy | 03/04/20 | J | | |
| 149. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 150. | | | | | Sold<br>(part) | 05/20/20 | J | | |
| 151. | | | | | Sold<br>(part) | 05/28/20 | J | | |
| 152. | | | | | Sold<br>(part) | 06/04/20 | J | | |
| 153. | | | | | Sold<br>(part) | 08/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 09/10/20 | J | | |
| 155. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 156. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 157.  Visa Incorporated Com Class A | A | Dividend | J | T | | | | | |
| 158.  Vulcan Matls Company | A | Dividend | | | Buy | 10/23/20 | J | | |
| 159. | | | | | Buy | 11/02/20 | J | | |
| 160. | | | | | Sold | 11/09/20 | J | | |
| 161.  Zoetis Incorporated Class A | A | Dividend | J | T | Buy<br>(add'l) | 03/04/20 | J | | |
| 162. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 163.  Trane Technologies PLC formerly Ingersoll<br>Rand PLC SHS Ireland | A | Dividend | | | Sold<br>(part) | 03/06/20 | J | | |
| 164. | | | | | Sold<br>(part) | 03/09/20 | J | | |
| 165. | | | | | Sold | 05/13/20 | J | | |
| 166.  Exchange Traded Products (H) | | | | | | | | | |
| 167.  IShares TR GL Clean Ene ETF | A | Dividend | J | T | Buy | 09/10/20 | J | | |
| 168. | | | | | Buy<br>(add'l) | 10/05/20 | J | | |
| 169. | | | | | Sold<br>(part) | 11/18/20 | J | | |
| 170. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. FULKERSON     REVOCABLE TRUST (H) | | | | | | | | | |
| 172. Chevron Stock | A | Dividend | J | T | | | | | |
| 173. Real Estate Parcel #1, Cleveland County, OK. See Part VIII. | | None | J | S | | | | | |
| 174. Real Estate Parcel #2, Cleveland County, OK. See Part VIII. | | None | J | S | | | | | |
| 175. Real Estate Parcel #3, Cleveland County, OK. See Part VIII. | | None | J | S | | | | | |
| 176. | | | | | | | | | |
| 177. PARTNERSHIP INVESTMENTS (H) | | | | | | | | | |
| 178. Think Italian LLC .375844% | A | Distribution | J | U | | | | | |
| 179. | | | | | | | | | |
| 180. FIDELITY INVESTMENTS ROLLOVER IRA (H) | | | | | | | | | |
| 181. Fidelity Low Priced Stock | A | Dividend | J | T | | | | | |
| 182. Fidelity Select Comm Services Port | A | Dividend | J | T | | | | | |
| 183. | | | | | | | | | |
| 184. MCAFFEE & TAFT 401(K) (H) | | | | | | | | | |
| 185. Fidelity 500 Index | D | Int./Div. | O | T | | | | | |
| 186. Fidelity Contrafund K | E | Int./Div. | N | T | | | | | |
| 187. JH Discpl Value Midcap | C | Int./Div. | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  MM SEL Mid Cap GR 1 | E | Int./Div. | N | T | | | | | |
| 189.  AF Europac Growth R6 | A | Int./Div. | L | T | | | | | |
| 190. | | | | | | | | | |
| 191.  OGLETREE, DEAKINS, NASH, SMOAK & STEWART 401(K) (H) | | | | | | | | | |
| 192.  AF Growth Fund Amer R6 | | None | | | Buy (add'l) | 01/03/20 | J | | |
| 193. | | | | | Buy (add'l) | 01/29/20 | J | | |
| 194. | | | | | Merged (with line 195) | 01/29/20 | K | | |
| 195.  MFS Growth R6 | A | Dividend | K | T | Open | 01/29/20 | K | | |
| 196. | | | | | Buy (add'l) | 02/04/20 | J | | |
| 197. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 198. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 199. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 200. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 201. | | | | | Buy (add'l) | 07/03/20 | J | | |
| 202. | | | | | Buy (add'l) | 08/05/20 | J | | |
| 203. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 204. | | | | | Buy (add'l) | 10/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 206. | | | | | Buy<br>(add'l) | 12/04/20 | J | | |
| 207.  Harbor Cap Appr Inst | A | Dividend | K | T | Buy<br>(add'l) | 01/03/20 | J | | |
| 208. | | | | | Buy<br>(add'l) | 02/04/20 | J | | |
| 209. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 210. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 211. | | | | | Buy<br>(add'l) | 05/05/20 | J | | |
| 212. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 213. | | | | | Buy<br>(add'l) | 07/03/20 | J | | |
| 214. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 215. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |
| 216. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 217. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 218. | | | | | Buy<br>(add'l) | 12/04/20 | J | | |
| 219.  Vang Midcap IDX Inst | A | Dividend | K | T | Buy<br>(add'l) | 01/03/20 | J | | |
| 220. | | | | | Buy<br>(add'l) | 02/04/20 | J | | |
| 221. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 223. | | | | | Buy<br>(add'l) | 05/05/20 | J | | |
| 224. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 225. | | | | | Buy<br>(add'l) | 07/03/20 | J | | |
| 226. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 227. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |
| 228. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 229. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 230. | | | | | Buy<br>(add'l) | 12/04/20 | J | | |
| 231.   Vang Windsor ADM | A | Dividend | K | T | Buy<br>(add'l) | 01/03/20 | J | | |
| 232. | | | | | Buy<br>(add'l) | 02/04/20 | J | | |
| 233. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 234. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 235. | | | | | Buy<br>(add'l) | 05/05/20 | J | | |
| 236. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 237. | | | | | Buy<br>(add'l) | 07/03/20 | J | | |
| 238. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |
| 240. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 241. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 242. | | | | | Buy<br>(add'l) | 12/04/20 | J | | |
| 243. | | | | | | | | | |
| 244. PROFIT SHARING PLAN OF OGLETREE DEAKINS ET AL (H) | | | | | | | | | |
| 245. Vamg Target Return 2025 | D | Int./Div. | M | T | Buy<br>(add'l) | 09/28/20 | K | | |
| 246. | | | | | | | | | |
| 247. SCHWAB ROLLOVER IRA (H) | | | | | | | | | |
| 248. Schwab Total Stock Market Index Fund | B | Dividend | L | T | Buy<br>(add'l) | 12/18/20 | J | | |
| 249. | | | | | | | | | |
| 250. ETRADE BROKERAGE ACCOUNTS (H) | | | | | | | | | |
| 251. ETrade Account #1 (H) | | | | | | | | | |
| 252. Ford Motor Company | A | Dividend | J | T | | | | | |
| 253. Nuance Communications | A | Dividend | J | T | | | | | |
| 254. Invesco Exchange Traded Trust | A | Dividend | J | T | | | | | |
| 255. Oneok Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  Berkshire Hathaway | A | Dividend | J | T | | | | | |
| 257.  Apple | A | Dividend | J | T | | | | | |
| 258.  Cerence Inc Common Stock | A | Dividend | J | T | | | | | |
| 259.  ETrade Account #2 (H) | | | | | | | | | |
| 260.  Coca Cola Bottling Co | A | Dividend | J | T | | | | | |
| 261.  Schwab S&P 500 Fund | A | Int./Div. | J | T | | | | | |
| 262. | | | | | | | | | |
| 263. | | | | | | | | | |
| 264. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 08/18/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ADDITIONAL INFORMATION REGARDING PART VII, LINES 173-175, REAL ESTATE PARCELS, CLEVELAND COUNTY, OK

Parcels are owned through a ☐ revocable trust.

Taxable Value of Parcel 1, Part VII Line 173 is $4,000.

Taxable Value of Parcel 2, Part VII Line 174 is $12,500

Taxable Value of Parcel 3, Part VII Line 175 is $2,000

| Name of Person Reporting | Date of Report |
|---|---|
| **Mitchell, Suzanne** | 08/18/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Suzanne Mitchell**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544